UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CR-00286-HEA (PLC) |
| | ) |
| JIMMY ABRAHAM MAJEAU, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO WITHDRAW ITS FIRST
APPEAL OF MAGISTRATE JUDGE'S ORDER (DOC. #124)**

COMES NOW the United States of America (the "Government"), by and through Thomas C. Albus, United States Attorney, and Angie E. Danis, Assistant United States Attorney for the Eastern District of Missouri, and hereby moves to withdraw its previously filed Appeal from Magistrate Judge's Order (Doc. #124).

Upon review of the full record established before the Magistrate Judge in the Central District of California, the Government elects not to proceed with its appeal at this time.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
Angie.Danis@usdoj.gov

## CERTIFICATE OF SERVICE

    The undersigned certifies that this document was filed via the Court's CM/ECF system and served electronically upon all parties of record this 4th day of September, 2025.

                                           */s/ Angie E. Danis*
                                           ANGIE E. DANIS, #64805MO
                                           Assistant United States Attorney