UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) No.:   4:25-CR-00286-HEA/PLC |
| vs. | ) |
| | ) |
| ANDREW WATSON, | ) |
| | ) |
| DEFENDANT. | ) |

**DEFENDANT'S MOTION TO MODIFY ORDER
SETTING CONDITIONS OF RELEASE**

COMES NOW, Defendant Andrew Watson, through his attorney Nathaniel Diekman, attorney appointed for his representation, and respectfully requests this Court modify the Order Setting Conditions for Release to allow Mr. Watson to for employment purposes, for his Motion and request the Defendant states the following:

1. Mr. Watson was arrested related to this above matter on July 9, 2025.

2. Mr. Watson was granted release on bond, $20,000.00 unsecured, on that same date.

3. This Court on July 28, 2025, adopted the same conditions of release that were originally ordered. See, Doc. 112.

4. At the time of his arrest Mr. Watson was employed as a suicide prevention counselor for the Staff Sergeant Fox Suicide Prevention Program; subsequently and as a result of his arrest he was let go of that position and is presently unemployed.

5. Mr. Watson is capable of meaningful, productive, gainful employment at this time, namely, he has experience in and has been an over-the-road truck driver for a number of years.

6. Mr. Watson possesses a valid Commercial Driver's License and owns a shipping truck.

7. Mr. Watson is seeking Court permission to travel from the Northern District of Illinois for employment purposes only and limited and restricted to travel in the mid-west of the United States and as approved by his pre-trial service officer.

8. Mr. Watson is asking that he be permitted to travel for work purposes within the mid-west for retrieving, transporting, and shipping purposes.

9. That said travel is for employment purposes only and that further travel for employment is limited to those instances that are pre-approved by his pre-trial officer in advance.

10. That Mr. Watson will comply with any and all notification requirements that this Court or the pre-trial service officers deem necessary, including but not limited to, verification of jobs, notification of travel on trips, checking in as often as necessary.

11. That Mr. Watson's pre-trial officer, Nicole Gibson, is aware of this modification request for employment travel and does not oppose the modification request.

12. That the AUSA assigned to this case, Angie Danis, has been contacted regarding this modification request for work travel and does not oppose the modification request.

WHEREFORE, for the reasons stated above, Defendant requests that the Order Setting Conditions for Release be modified by Court Order to allow for his travel for employment purposes as described and subject to the strict adherence and necessary conditions listed herein.

DIEKMAN & LEIGHTNER, LLC

By:/s/ *Nathaniel Diekman*
Nathaniel Diekman, #69060MO
Attorney for Defendant / CJA Appointee
7777 Bonhomme Ave., Suite 1200
Clayton, MO 63105
Tel: (314) 725-9850
Fax: (314) 725-0063
ndiekman@dl-lawstl.com

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Angie Danis and pre-trial officer Nicole Gibson (Nicole_gibson@ilpt.uscourts.gov)

                                             */s/ Nathaniel Diekman*
                                             #69060MO, CJA Appointee

Case: 4:25-cr-00286-HEA-PLC   Doc. #:  179   Filed: 09/08/25   Page: 3 of 3 PageID #: 553